| | |
|---|---|
| 1 | Jeremy T. Bergstrom, Esq.  E-filed on <u>April 14, 2010</u> |
|   | Attorney Bar No. 6904 |
| 2 | MILES, BAUER, BERGSTROM & WINTERS, LLP |
|   | 2200 Paseo Verde Pkwy., Suite 250 |
| 3 | Henderson, NV  89052 |
|   | (702) 369-5960 / FAX (702) 369-4955 |
| 4 | File No. 10-90862 |

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6  LP

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In Re, | BK No.: BK-S-10-15871-BAM |
|---|---|
| WILLIAM R. GRANDA AND DEBORAH L. GRANDA, | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

   PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

   Jeremy T. Bergstrom, Esq.
   MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
   Henderson, NV  89052
   PH (702) 369-5960

                              MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   <u>April 13, 2010</u>   By:   <u>/s/ Jeremy T. Bergstrom, Esq.</u>
                                       Jeremy T. Bergstrom, Esq.
                                       Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on   April 14, 2010  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Marjorie A. Guymon
Goldsmith & Guymon, P.C.
2055 Village Center Circle
Las Vegas, NV 89134

CHAPTER 7 TRUSTEE:
David A. Rosenberg
5030 Paradise Road #B-215
Las Vegas, NV 89119

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Stacey L. Werner
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(10-90862/rfsnlv.dot/slw)

2